IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'06 FEB -3 AM 9 33

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**UNITED STATES OF AMERICA,**

vs.                              Case No.: 3:00-87-04 (PG)

**CARLOS ORTIZ-SANTIAGO**

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\* \*\*\* \*\*\*

ORDER TO SHOW CAUSE

Upon petition of HUMBERTO MARCHAND, U.S. PROBATION OFFICER of this Court, alleging that releasee, CARLOS ORTIZ-SANTIAGO, has failed to comply with his conditions of supervised release, it is ORDERED that an arrest warrant be immediately issued to have the offender appear before this Court on _February 24_ 2006 at _9:00 AM_, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall immediately issue the corresponding warrant for the offender's arrest, and provide defense counsel and counsel for the government with copy of this order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this _1st_ day of _February_ 2006.

_____
JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE