# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                DATE: March 7, 2006

HONORABLE AIDA M. DELGADO-COLON, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón      Case No. CR. 00-087-04 (PG)

COURT REPORTER: None

==================================================================

United States of America          ATTORNEYS :

Plaintiff

v.

Carlos Ortiz-Santiago

Defendant(s)

==================================================================

　　　　Defendant was brought before the Court based on a warrant of arrest that was issued by Hon. Juan M. Pérez-Giménez, U.S. District Judge on February 22, 2006.

　　　　Defendant was advised of his rights and charges and was informed that an Order to Show Cause Hearing as to violations of conditions of supervised release is set for March 9, 2006 at 11:00 a.m.

　　　　Federal Public Defender is appointed in this case.

　　　　　　　　　　　　　　　　　　　　　　　s/Sarah V. Ramón
　　　　　　　　　　　　　　　　　　　　　　　Sarah V. Ramón, Deputy Clerk