# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    DATE: March 9, 2006

HONORABLE AIDA M. DELGADO-COLON, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón        Case No. CR. 00-0087-04 (PG)

COURT REPORTER: FTR                     USPO: Humberto Marchand

INTERPRETER: Annie Flores
=============================================================
United States of America              ATTORNEYS : Lynn Doble-Salicrup

Plaintiff

v.

Carlos Ortiz-Santiago                        Max Pérez-Bouret, FPD

Defendant(s)
=============================================================

CASE CALLED FOR A REVOCATION HEARING AS TO VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE.

Counsel for defendant informs that the defendant will not contest the violations as so informed by the probation officer, except for violation #6 arguing that the defendant was unaware that he had a follow up appointment with the psychologist. He further states that the defendant requests to be referred to an in-patient drug rehabilitation program.

Government's counsel informs that the defendant has outstanding arrest warrants at state level and that he has tested positive to the use of controlled substances and that on previous occasions he has been in drug rehabilitation programs and has failed to adjust and make any progress. Therefore, she strongly objects and requests the defendant remain under custody.

After hearing the parties, and after further discussing the case with the probation officer, due that the defendant is a flight risk due to the cases pending at state level, that he has failed to properly adjust to previous referrals and drug rehabilitation programs, that he has failed to comply with his conditions of supervised release, the Court finds that there is probable cause to have the supervised release term revoked.

CR.00-0087-04 (PG)                                                            Page-2-

A report and recommendation will be issued.

Case to be referred to the District Judge for the setting of a Final Revocation

Hearing.

<u>s/Sarah V. Ramón</u>
Sarah V. Ramón, Deputy Clerk