AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____JUDICIAL_____ District of _____PUERTO RICO_____

UNITED STATES OF AMERICA

V.

**Carlos ORTIZ-SANTIAGO**

**WARRANT FOR ARREST**

Case Number:   00-0087-04 (PG)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Carlos ORTIZ-SANTIAGO_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of conditions of supervised release.

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ
Name of Issuing Officer

Signature of Issuing Officer   By: Janet González, Deputy Clerk

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

February 22, 2006 at Hato Rey, Puerto Rico
Date and Location

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| c/5 L-9 Jdnos de Palmarejo - Canovanas, P.R. |

| DATE RECEIVED 2-22-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3-06-06 | Jose L. Rivera - Special DUSM | |