AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NUMBER: 00-087(PG) |
| CARLOS ORTIZ SANTIAGO | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.


August 23, 2006
Date

/s/ *Lynn Doble-Salicrup*
*Signature*

Lynn Doble-Salicrup
*Print Name*

*Chardon Tower, Suite 1201*
*Address*

*San Juan, Puerto Rico 00918*
*City*

*(787) 766-5656*
Phone Number

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

  At San Juan, Puerto Rico this 23rd day of August, 2006.

                s/*Lynn Doble-Salicrup*
                Assistant U.S. Attorney