**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNITED STATES OF AMERICA**

    vs.                      **CASE NO. 3:00CR87-004(PG)**

**CARLOS ORTIZ-SANTIAGO**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENT TO THE MOTION FILED ON JUNE 13, 2007**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ**
**SENIOR U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

     **COMES NOW, LUZ ENID APONTE-ORTIZ U.S. PROBATION OFFICER** of this Court, respectively informing as follows:

     On June 13, 2007, a motion was filed by U.S. Probation Officer Miguel A. Arroyo, notifying of the offender's violations to the Home Confinement Program one of the special conditions imposed by this honorable court.

     **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

     **1. SPECIAL CONDITION: "THE DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE. THE DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. THE DEFENDANT SHALL SUBMIT TO ONE DRUG TESTING WITHIN 15 DAYS FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER AS DETERMINED BY THE COURT".**

On June 13, 2007, during an office contact, the offender tested positive for cocaine. He admitted the use of the illegal substance.

**WHEREFORE**, I declare under penalty of perjury that the foregoing is true and correct. In view of the aforementioned, it is respectfully requested that the Court take note of the abovementioned violation and that the same be taken into consideration at the revocation hearing. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 13th day of June, 2007.

    Respectfully submitted,

    EUSTAQUIO BABILONIA, CHIEF
    U.S. PROBATION OFFICER

    s/Luz E. Aponte
    Luz E. Aponte
    U.S. Probation Officer
    Federal Office Building, Office 400
    San Juan, PR 00918
    787-766-5842
    787-766-5945
    luz_aponte@prp.uscourts.g

**CERTIFICATE OF SERVICE**

I HEREBY certify that on June 13, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Lynn M. Doble-Salicrup, Esq., Assistant U.S. Attorney's and Max J. Perez-Bouret, Esq., Assistant Federal Public Defender.

In San Juan, Puerto Rico, this 13th day of June, 2007.

                                        s/Luz E. Aponte
                                        Luz E. Aponte
                                        U.S. Probation Officer
                                        Federal Office Building, Office 400
                                        San Juan, PR 00918
                                        787-766-5842
                                        787-766-5945
                                        luz_aponte@prp.uscourts.gov

LEA/