IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2007 JUN 14 AM 8:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA,

vs.                                                Case No.: 3:00-87-04 (PG)

CARLOS ORTIZ-SANTIAGO

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER TO SHOW CAUSE

Upon petition of MIGUEL A. ARROYO-DOMENECH, U.S. PROBATION OFFICER of this Court, alleging that releasee, Carlos Ortiz-Santiago, has failed to comply with his conditions of release, it is ORDERED that releasee appear before this Court on July 6 2007 at 9:30 A.M., for a hearing to show cause, if there be any, why his supervised release term on the above-entitled case should not be revoked. Thereupon, the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant for releasee's arrest, and provide defense counsel and counsel for the government with copy of this Order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of June 2007.

_____
HON. JUAN M. PEREZ-GIMENEZ, SENIOR
U.S. DISTRICT JUDGE