IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**CARLOS ORTIZ SANTIAGO,**<br>Defendant, | **Case No. 00-087 (PG)** |

### UNITED STATES OF AMERICA'S INFORMATIVE MOTION REGARDING ABSENCE FROM JURISDICTION

**TO THE HONORABLE COURT:**

**COMES NOW**, The United States of America, by and through the undersigned attorneys and, respectfully states and prays as follows:

The undersigned respectfully informs this Honorable Court that she will be outside of the jurisdiction from July 17th, 2007, up to and including July 31st, 2007.

**WHEREFORE**, the United States respectfully requests that this Honorable Court take notice of the above when setting dates for deadlines and Court proceedings in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th day of July, 2007.

                                      **ROSA EMILIA RODRIGUEZ-VELEZ**
                                      United States Attorney

                                      s/ *LYNN DOBLE-SALICRUP*
                                      **Lynn Doble-Salicrup**-212905
                                      Assistant United States Attorney
                                      U.S. Attorney's Office
                                      Torre Chardón, Suite 1201
                                      # 350 Carlos Chardón Ave.
                                      Hato Rey, PR 00918
                                      Tel.: (787) 766-5656
                                      Fax: (787) 766-5326
                                      Email: lynn.doble@usdoj.gov

-2-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendant's counsel: Max J. Perez Bouret, Esq.,

                                        s/ *LYNN DOBLE-SALICRUP*
                                        **Lynn Doble-Salicrup**-212905
                                        Assistant United States Attorney