IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff,

v.

CARLOS ORTIZ-SANTIAGO
    Defendant

**Criminal No.** 00-087 (PG)

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

    Notice is hereby given by Mr. Carlos Ortiz-Santiago, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment and Sentence entered against him on August 10, 2007, and entered on docket on August 14, 2007, by Hon. Juan M. Pérez-Giménez, United States District Judge for the District of Puerto Rico.

    RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, this 15th day of August, 2007.

JOSEPH C. LAWS, JR.
**Federal Public Defender**
**District of Puerto Rico**

S/MAX PEREZ-BOURET
Assistant Federal Public Defender
USDC - PR 222612
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2441
Phone No. (787) 281-4922
Fax No. (787) 281-4899
**E-mail :** Max_Perez@fd.org

Criminal No. 00-087 (PG)                                                                                      2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 15th day of August, 2007.

**S/Max Perez-Bouret**
Assistant Federal Public Defender
USDC - PR 222612
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2441
Phone No. (787) 281-4922
Fax No. (787) 281-4899
**E-mail :** Max_Perez@fd.org