UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:**  April 11, 2007

**DC #:**  00-087   (PG)

**APPEAL FEE PAID:**          YES _____        NO   _X_

**CASE CAPTION:**             USA    v.    **Pons-Cruz**
                              Defendant:   **Carlos Ortiz-Santiago  (4)**

**IN FORMA PAUPERIS:**        YES  _X_        NO _____

**MOTIONS PENDING:**          YES _____       NO  _X_

**NOTICE OF APPEAL FILED BY:**        Defendant

**APPEAL FROM:**              Judgment for Revocation entered on 08/14/07

**SPECIAL COMMENTS:**         Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                               **VOLUMES:**

**Docket Entries    95, 155-157, 162, 164, 167-172, 176, 180, 185-187**               I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Xiomara Muñiz
                                        Xiomara Muñiz
                                        Deputy Clerk

Acknowledgment of Receipt:
Received By:   _____
USCCA #:          _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk