UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**      \*
                                  \*
Vs.                               \*
                                  \*      00-CR-087-04   (PG)
**ORTIZ-SANTIAGO, Carlos**        \*
-------------------------------   \*

## ORDER

By the Order of the Honorable Juan M. Pérez-Giménez, Senior United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this September 11, 2007.

                    **FRANCES RIOS DE MORAN**
                    Clerk of the Court

                    By: Felix Toledo
                    Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____