UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Transmittal of Supplemental Record  to the Court of Appeals

DATE:   November 28, 2007

DC #:    00-087   (PG)

USCA #:   07-2400

CASE CAPTION:         USA     v.     Pons-Cruz
                      Defendant:    Carlos Ortiz-Santiago  (4)

SPECIAL COMMENTS:    Original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                                          VOLUMES:

Docket Entry   192   (Transcript)                                         I


I HEREBY CERTIFY  that the enclosed documents contained herein are copies or the original pleadings as described above  and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:    _____
USCCA #:        _____
s/c:  CM/ECF Parties, Appeals Clerk