AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____JUDICIAL_____ District of _____PUERTO RICO_____

UNITED STATES OF AMERICA

V.

**Carlos ORTIZ-SANTIAGO**

**WARRANT FOR ARREST**

Case Number: 00-0087-04 (PG)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Carlos ORTIZ-SANTIAGO_____
                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of conditions of supervised release.

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ
Name of Issuing Officer

Signature of Issuing Officer   By: Janet González, Deputy Clerk

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

February 22, 2006 at Hato Rey, Puerto Rico
Date and Location

*Received & Filed: 2007 DEC 17 PM 1:4[?], Clerk's Office U.S. District Court, San Juan, PR*

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2-22-06 | JOSE L. RIVERA | By: [signature] |
| DATE OF ARREST | TFA | |
| 3-6-06 | | |