AO 442   (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ JUDICIAL _____ District of _____ PUERTO RICO _____

UNITED STATES OF AMERICA

V.

**Carlos ORTIZ-SANTIAGO**
Alturas de Río Grande, Z-1393, Calle 25
Río Grande, PR 00745

**WARRANT FOR ARREST**

Case Number: **00 CR 0087-04 (PG)**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **Carlos ORTIZ-SANTIAGO** _____
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of conditions of supervised release.

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ
Name of Issuing Officer

s/ Janet González
Signature of Issuing Officer   By: Janet González, Deputy Clerk

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

June 15, 2007 at Hato Rey, Puerto Rico
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED<br>6-18-07<br>DATE OF ARREST<br>7-13-07 | NAME AND TITLE OF ARRESTING OFFICER<br>Jose L. Rivera<br>TFA | SIGNATURE OF ARRESTING OFFICER<br>By: [signature] |