UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Transmittal of Supplemental Record to the Court of Appeals

DATE:   February 11, 2008

DC #:   00-087 (PG)

USCA #: 07-2400

CASE CAPTION:       USA   v.   Pons-Cruz
                    Defendant:  Carlos Ortiz-Santiago (4)

SPECIAL COMMENTS:   Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                              VOLUMES:

Docket Entry  91  (PSR)                                     I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:  _____
USCCA #:      _____
s/c:  CM/ECF Parties, Appeals Clerk